AO 442

# United States District Court

ORDERED SEALED BY COURT

UNSEALED AS OF 12/11/07

07 DEC 13 AM 11:21

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
DANIEL AARON GINDLER

## WARRANT FOR ARREST

CASE NUMBER: 07 MJ '07 MJ 2842

BY: DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DANIEL AARON GINDLER

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

charging him or her with (brief description of offense)

unlawful user of a controlled substance in possession of a firearm, and an individual previously convicted of a crime of domestic violence in possession of a firearm.

RECEIVED
2007 DEC 13 A 11:06
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title 18 United States Code, Section(s) 922(g)(3) and 922(g)(9)

Name of Issuing Officer

Title of Issuing Officer

Signature of Deputy

Date and Location

Bail fixed at $ to be determined [Bail]

by The Honorable Ruben B. Brooks

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant ~~at~~ BY ATF @ SAN DIEGO, CA | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12/10/07 | | |