FILED
JAN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DANIEL AARON GINDLER, Defendant. | Criminal Case No. 08CR0110-JLS<br>I N F O R M A T I O N<br>Title 18, U.S.C., Sec. 922(g(3) - Possession of a Firearm; (Felony) |

The United States Attorney charges:

On or about October 25, 2007, within the Southern District of California, defendant DANIEL AARON GINDLER, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: one Taurus, model PT92AF, a 9mm semi-automatic pistol; in violation of Title 18, United States Code, Section 922(g)(3).

DATED: 1/10/08.

KAREN P. HEWITT
UNITED STATES ATTORNEY

for [signature]
DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:pcf(bt)
1/10/08