AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

DANIEL AARON GINDLER

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 0110-JLS

I, DANIEL AARON GINDLER, the above named defendant, who is accused of:

Title 18, U.S.C., Sec. 922(g)(3) - Unlawful User or Addict of any Controlled Substance in Possession of a Firearm

~~Title 18, U.S.C., Sec 922(g)(9) - Individual convicted of a Crime of Violence in Possession of a Firearm;~~ BLM

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/10/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER

FILED

JAN 10 2008

CLERK ... COURT
SOUTHERN ... CALIFORNIA
BY MB DEPUTY