PAUL J. PFINGST, ESQ. (Bar No. 112967)
pfingst@higgslaw.com
PAUL J. LEEDS, ESQ. (Bar No. 214309)
leedsp@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
DANIEL AARON GINDLER

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | CASE NO. 08-CR-110-JLS |
| | MAGISTRATE CASE NO. 07-MJ-2842 |
| v. | **SUBSTITUTION OF ATTORNEYS** |
| DANIEL AARON GINDLER, Defendant. | CASE FILED: January 10, 2008 |

TO THE HONORABLE BARBARA LYNN MAJOR, AND ALL PARTIES OF RECORD:

Defendant, DANIEL AARON GINDLER, hereby substitutes PAUL J. PFINGST, ESQ., of HIGGS, FLETCHER & MACK, 401 West "A" Street, 26th Floor, San Diego, California 92101; telephone (619) 236-1551; facsimile (619) 696-1410; e-mail Pfingst@higgslaw.com; as his counsel, in place and stead of: NORMA AGUILAR, ESQ., of Federal Defenders of San Diego, Inc.

Henceforth, all notices, pleadings, and other documents should be served on Paul J Pfingst, Esq., Higgs, Fletcher & Mack.

Dated: February 6th, 2008

DANIEL AARON GINDLER
Defendant

I consent to this substitution.

Dated: February 6, 2008

FEDERAL DEFENDERS OF SAN DIEGO, INC.

By: ____________________
Norma Aguilar, Esq.

I consent to this substitution.

Dated: February 6, 2008

HIGGS, FLETCHER & MACK

By: ____________________
Paul J. Pfingst, Esq.
Paul J. Leeds, Esq.

IT IS SO ORDERED:

Dated: ________________, 2008

________________________
The Honorable Barbara Lynn Major
Judge of the Superior Court

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 401 West "A" Street, Suite 2600, San Diego, California 92101-7913. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 7, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

SUBSTITUTION OF ATTORNEYS

in a sealed envelope, postage fully paid, addressed as follows:

*Karen P. Hewitt United States Attorney*
*Douglas Keehn, Assistant United States Attorney*
*Southern District of California*
*880 Front Street, Suite 6293*
*San Diego, CA 92101-8893*

*Norma Aguilar, Esq.*
*Federal Defenders of San Diego, Inc.*
*225 Broadway, Suite 900*
*San Diego, CA 92101*

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 7, 2008, at San Diego, California.

Yolanda Hylton