FILED
FEB 21 2008
COURT
CALIFORNIA
BY DEPUTY
MB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIEL AARON GINDLER,<br>Defendant. | Criminal Case No. 08CR0110-JLS<br>Superseding I N F O R M A T I O N<br>Title 18, U.S.C., Sec. 922(g)(9) - Possession of a Firearm; (Felony) |

The United States Attorney charges:

On or about October 25, 2007, within the Southern District of California, defendant DANIEL AARON GINDLER, an individual previously convicted of a misdemeanor crime of domestic violence, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: one Taurus, model PT92AF, a 9mm semi-automatic pistol; in violation of Title 18, United States Code, Section 922(g)(9).

DATED: 21 February 2008

KAREN P. HEWITT
UNITED STATES ATTORNEY

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:pcf(bt)
2/21/08