AO 455(Rev. 5/85) Waiver of Indictment

FILED
FEB 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KAS DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

DANIEL AARON GINDLER

## WAIVER OF INDICTMENT

CASE NUMBER: 08 CR 0110 JLS

I, DANIEL AARON GINDLER , the above named defendant, who is accused of:

Title 18, U.S.C., Sec. 922(g)(9) - Possession of a Firearm

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/21/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before JUDICIAL OFFICER