(8/88)

# United States District Court
for
# SOUTHERN DISTRICT OF CALIFORNIA

FILED MAR 18 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY MB DEPUTY

**U. S. A. vs. DANIEL AARON GINDLER** **Docket No. 08CR0110JLS-001**

## Petition for Action on Conditions of Pretrial Release

Comes now Tammy Riedling Pretrial Services Officer presenting an official report upon the conduct of defendant DANIEL AARON GINDLER who was placed under pretrial release supervision by the Honorable Barbara Lynn Major sitting in the court at San Diego, on the 18th day of December, 2007, under the following conditions:

restrict travel to the Southern District of California; report for supervision to the Pretrial Services Agency; not to possess or use any narcotic drug or other controlled substance without a lawful medical prescription; not to possess any firearm or other dangerous weapon or explosive device; submit to treatment, and/or testing, for drug or alcohol abuse, not to exceed 8 times per month; submit to psychiatric or psychological counseling; actively seek and maintain full-time employment, schooling, or combination of both; clear all warrants/FTS's within 30 days of release; and must reside at a halfway house or residential drug treatment facility approved by PSA.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Condition Violated**: Reside at a halfway house or residential drug treatment facility approved by PSA.

1. The defendant left the CRASH residential drug treatment program without permission on March 17, 2008.

**Grounds for Violation**: On March 17, 2008, the undersigned was contacted by a counselor at CRASH and advised the defendant had left the program. No reason was given to staff members as to why he was leaving.

PRAYING THE COURT WILL CITE THE DEFENDANT INTO COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED ON MARCH 18, 2008, AT 9:30 A.M.

ORDER OF COURT

Considered and ordered this 18th day of March, 2008 and ordered filed and made a part of the records in the above case.

The Honorable Barbara L. Major
U. S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 18, 2008

Respectfully,

Tammy Riedling, U.S. Pretrial Services Officer

Place San Diego, California

Date March 18, 2008