PAUL J. LEEDS, ESQ. (Bar No. 214309)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
DANIEL AARON GINDLER

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIEL AARON GINDLER<br>Defendant. | CASE NO. 08 CR 0110 JLS<br><br>**JOINT MOTION TO CONTINUE SENTENCING** |

The Plaintiff, UNITED STATES OF AMERICA and the Defendant, DANIEL AARON GINDLER, by and through their respective counsel of record, Douglas Keehn and Paul J. Leeds, do hereby move this Court for an Order continuing the sentencing from the presently scheduled date of May 16, 2008 at 9:00 a.m., until **July 18, 2008 at 1:30 p.m.** The parties jointly request that the hearing set for May 16, 2008 at 9:00 a.m., remain on calendar for acceptance of the Defendant's plea, which was made before the Magistrate.

As grounds for this Motion, it is agreed that the Defendant, DANIEL AARON GINDLER, was recently hospitalized while incarcerated at the MCC. As a result, the probation officer was unable to interview him and prepare the report in time for the scheduled sentencing hearing. The parties agree that it would be in the interest of all involved to continue the sentencing hearing until such interview can be accomplished and the report completed with time for review by all parties according to this Court's rules and the Federal Rules of Criminal Procedure. As such, the parties have agreed to continue the sentencing hearing as set forth

hereinabove.

DATED: April 4, 2008, UNITED STATES ATTORNEYS OFFICE

\s\ DOUGLAS KEEHN
By:____________________
DOUGLAS KEEHN, Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: April 4, 2008 HIGGS, FLETCHER & MACK LLP

\s\ PAUL J. LEEDS
By:____________________
PAUL J. LEEDS
Attorneys for Defendant
DANIEL AARON GINDLER