**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIEL AARON GINDLER<br>Defendant. | CASE NO. 08 CR 0110 JLS<br><br>**ORDER ON JOINT MOTION TO CONTINUE SENTENCING** |

**IT IS HEREBY ORDERED** that the sentencing hearing in the above-captioned matter is continued from May 16, 2008 at 9:00 a.m., to **July 18, 2008 at 9:00 a.m.** The parties shall appear on May 16, 2008 at 9:00 a.m., for acceptance of Defendant's plea, only.

DATED: April 8, 2008

Janis L. Sammartino

HON. JANIS L. SAMMARTINO
JUDGE OF THE UNITED STATES DISTRICT COURT